AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina



| | |
|---|---|
| United States of America<br>v.<br>Jose Arturo GALLEGOS-GONZALEZ<br>aka: Jose Gonzalez-Galleros<br><br>_____<br>Defendant | )<br>)<br>) Case No. 5:10mj 1240<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Arturo GALLEGOS-GONZALEZ aka: Jose Gonzalez-Galleros,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
On March 12, 2010, Jose Arturo GALLEGOS-GONZALEZ was found in the United States after having entered at a place other than designated by Immigration Officers, or eluded examination or inspection by Immigration Officers.

FILED
MAR 26 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Date: 03/17/2010

_Issuing officer's signature_

City and state: Raleigh, NC

James E. Gates U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 03-17-2010<br>at *(city and state)* _____.<br><br>Date: _____<br><br>By Karen U. Thomas<br>_Arresting officer's signature_ USMS<br><br>Russell Spencer, ICE<br>_Printed name and title_ |

Case 5:10-cr-00114-BO   Document 16   Filed 03/26/10   Page 1 of 1