

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-114-1BO(3)
5:10-CR-114-2BO(3)
5:10-CR-114-3BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| EDGAR MUNOZ-MEZA ) | |
| JOSE ARTURO GALLEGOS-GONZALEZ ) | |
| CESAR CALDERON-MONZON ) | |

The Grand Jury charges that:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, but no later than on or about March 7, 2010, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about March 12, 2010, in the Eastern District of North Carolina, and elsewhere, the defendants, EDGAR MUNOZ-MEZA, JOSE ARTURO GALLEGOS-GONZALEZ, and CESAR CALDERON-MONZON, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding one another and with other persons, known and unknown to the Grand Jury, to commit an offense in violation of Title 21, United States Code, Section 841(a)(1), specifically, to to possess with intent to distribute more than one hundred (100) kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

At a time unknown to the Grand Jury, but no later than on or about March 12, 2010, in the Eastern District of North Carolina, and elsewhere, the defendant, EDGAR MUNOZ-MEZA, an alien, was found in the United States after having entered at a place other than designated by immigration officers and did elude examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a).

## COUNT THREE

At a time unknown to the Grand Jury, but no later than on or about March 12, 2010, in the Eastern District of North Carolina and elsewhere, the defendant, JOSE ARTURO GALLEGOS-GONZALEZ, an alien, was found in the United States after having entered at a place other than designated by immigration officers and did elude examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a).

## COUNT FOUR

At a time unknown to the Grand Jury, but no later than on or about March 12, 2010, in the Eastern District of North Carolina and elsewhere, the defendant, CESAR CALDERON-MONZON, an alien, was found in the United States after having entered at a place other than designated by immigration officers and did elude examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a).

## FORFEITURE NOTICE

The defendants are given notice of the provisions of Title 21, United States Code, Section 853, that all of the defendants' interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses of the Indictment, the defendants shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendants obtained directly or indirectly as a result of the said offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in the Indictment, and any property, real or personal, involved in such offenses, and any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

3

property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

FOREPERSON

DATE: 4-14-2010

GEORGE E.B. HOLDING
United States Attorney

Jennifer E Wills for
BY: DENISE WALKER
Assistant United States Attorney

4