IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION
5:10-CR-114-1-BO
5:10-CR-114-2-BO
5:10-CR-114-3-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| EDGAR MUNOZ-MEZA, | ) | |
| JOSE ARTURO GALLEGOS-GONZALEZ, | ) | |
| CESAR CALDERON-MONZON, | ) | |
| | ) | |
| Defendant. | ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **May 7, 2010**.
Local Criminal Rule 16.1, E.D.N.C.

All pre-trial motions, including motions to compel discovery, motions to suppress, and
motions under Rule 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **May
21, 2010.**  Responses to motions shall be filed no later than **June 7, 2010**.  The proposed
arraignment and trial date for this matter is set for the **June 2010** term of court before District Judge
Terrence W. Boyle.

Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1,
E.D.N.C., may be summarily denied.  Motion hearings, as necessary, shall be conducted by a district
or magistrate judge in advance of trial.

SO ORDERED, this the 26th day of April, 2010.


   /s/
   _____
   William A. Webb
   United States Magistrate Judge